IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GPNE CORP., <br><br>　　　　Plaintiff<br><br>v.<br><br>TIME WARNER CABLE INC;<br>COMCAST CABLE<br>COMMUNICATIONS, LLC; CHARTER<br>COMMUNICATIONS, INC.,<br><br>　　　　Defendants | §§§§§§§§§§§§§§§§ Case No. 6:07-cv-60 (LED)<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING AND
## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In view of the covenants, promises and other terms set forth in a Confidential Settlement, Patent License Agreement and Covenant Not To Sue (the "Agreement") executed between GPNE Corp. ("Plaintiff"), Motorola, Inc., Time Warner Cable Inc., Comcast Cable Communications, LLC, Charter Communications, Inc. ("Defendants") and their Affiliates

IT IS STIPULATED, by and among Plaintiff and Defendants, through their counsel of record and subject to the approval of the Court that:

(1)　All claims presented by the Complaint and Amended Complaint, as well as all defenses and counterclaims, shall be dismissed without prejudice as to each of the Plaintiff and Defendants; and

(2)　Plaintiff and Defendants shall each bear their own costs and attorney's fees.

**So ORDERED and SIGNED this 6th day of November, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

31561502.DOC

/s/ Edward W. Goldstein
*(w/ permission by Allen F. Gardner)*
Edward W. Goldstein
Christopher M. Faucett
Matt Prebeg
Corby R. Vowell
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Ste. 400
Houston, TX 77027
Telephone (713) 877-1515
Facsimile (713) 877-1737

T. John Ward, Jr.
State Bar No. 00794818
Law Offices of T. John Ward, Jr., PC
111 W. Tyler Street
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323

ATTORNEYS FOR PLAINTIFF


/s/ Trey Yarbrough
*(w/ permission by Allen F. Gardner)*
Dean L. Franklin
Matthew A. Rosenberg
Jason M. Schwent
One US Bank Plaza
St. Louis, Missouri 63101
Telephone (314) 552-6000
Facsimile (314) 552-7000

Trey Yarbrough
100 East Ferguson Street, Suite 1015
Tyler, TX 75702
Telephone (903) 595-3111
Facsimile (903) 595-0191

ATTORNEY FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.

/s/ Allen F. Gardner
David S. Benyacar
Daniel L. Reisner
KAYE SCHOLER LLP.
425 Park Avenue
New York, New York 10022
Telephone (212) 836-8000

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
Telephone (903) 597-8311
Facsimile (903) 593-0846

ATTORNEYS FOR DEFENDANT
TIME WARNER CABLE INC.


/s/ Eric H. Findlay
*(w/ permission by Allen F. Gardner)*
Eric H. Findlay
State Bar No. 00789886
efindlay@rameyflock.com
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone (903) 597-3301
Facsimile (903) 597-2413

ATTORNEYS FOR DEFENDANT
COMCAST CABLE
COMMUNICATIONS, LLC

2