IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GPNE CORP., § § § Plaintiff § § v. § § TIME WARNER CABLE INC; § COMCAST CABLE § COMMUNICATIONS, LLC; CHARTER § COMMUNICATIONS, INC., § § Defendants § § § § | | Case No. 6:07-cv-60 (LED)  **JURY TRIAL DEMANDED** |

## ORDER GRANTING AND
## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In view of the covenants, promises and other terms set forth in a Confidential Settlement, Patent License Agreement and Covenant Not To Sue (the "Agreement") executed between GPNE Corp. ("Plaintiff"), Motorola, Inc., Time Warner Cable Inc., Comcast Cable Communications, LLC, Charter Communications, Inc. ("Defendants") and their Affiliates

IT IS STIPULATED, by and among Plaintiff and Defendants, through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint and Amended Complaint, as well as all defenses and counterclaims, shall be dismissed without prejudice as to each of the Plaintiff and Defendants; and

(2) Plaintiff and Defendants shall each bear their own costs and attorney's fees.

**So ORDERED and SIGNED this 6th day of November, 2007.**



31561502.DOC

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

/s/ Edward W. Goldstein  
*(w/ permission by Allen F. Gardner)*  
Edward W. Goldstein  
Christopher M. Faucett  
Matt Prebeg  
Corby R. Vowell  
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.  
1177 West Loop South, Ste. 400  
Houston, TX 77027  
Telephone (713) 877-1515  
Facsimile (713) 877-1737  

T. John Ward, Jr.  
State Bar No. 00794818  
Law Offices of T. John Ward, Jr., PC  
111 W. Tyler Street  
Longview, Texas 75601  
Telephone (903) 757-6400  
Facsimile (903) 757-2323  

ATTORNEYS FOR PLAINTIFF  


/s/ Trey Yarbrough  
*(w/ permission by Allen F. Gardner)*  
Dean L. Franklin  
Matthew A. Rosenberg  
Jason M. Schwent  
One US Bank Plaza  
St. Louis, Missouri 63101  
Telephone (314) 552-6000  
Facsimile (314) 552-7000  

Trey Yarbrough  
100 East Ferguson Street, Suite 1015  
Tyler, TX 75702  
Telephone (903) 595-3111  
Facsimile (903) 595-0191  

ATTORNEY FOR DEFENDANT  
CHARTER COMMUNICATIONS, INC.  


/s/ Allen F. Gardner  
David S. Benyacar  
Daniel L. Reisner  
KAYE SCHOLER LLP.  
425 Park Avenue  
New York, New York 10022  
Telephone (212) 836-8000  

Michael E. Jones  
State Bar No. 10929400  
mikejones@potterminton.com  
Allen F. Gardner  
State Bar No. 24043679  
allengardner@potterminton.com  
POTTER MINTON  
A Professional Corporation  
110 N. College, Suite 500 (75702)  
P. O. Box 359  
Tyler, Texas 75710  
Telephone (903) 597-8311  
Facsimile (903) 593-0846  

ATTORNEYS FOR DEFENDANT  
TIME WARNER CABLE INC.  


/s/ Eric H. Findlay  
*(w/ permission by Allen F. Gardner)*  
Eric H. Findlay  
State Bar No. 00789886  
efindlay@rameyflock.com  
RAMEY & FLOCK  
100 East Ferguson, Suite 500  
Tyler, TX 75702  
Telephone (903) 597-3301  
Facsimile (903) 597-2413  

ATTORNEYS FOR DEFENDANT  
COMCAST CABLE  
COMMUNICATIONS, LLC